UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

M.A.,

Petitioner,

v.

KRISTI NOEM ET AL.,

Respondents.

CASE NO. 2:26-cv-00781-JHC

ORDER

This matter comes before the Court on Petitioner's "Motion for Protective Order for Administrative Leave to Proceed Under Pseudonym."  Dkt. # 10.  The Motion is unopposed. *See id.*; *see also* Dkt. # 7 at 1 ("Federal Respondents do not oppose any motion filed or to be filed for pseudonym protection of the Petitioner.").  And the Court finds that Petitioner has shown good cause to proceed in this action under a pseudonym.  Accordingly, the Court GRANTS the Motion (Dkt. # 10) and ORDERS:

(1) Petitioner shall proceed in this action using only the first initials of his first and last name—"M.A."—and his identity shall remain confidential to all but this Court and Respondents;

(2) Respondents shall refer to Petitioner as "M.A." in their filings, including in all exhibits in which Petitioner's name appears;

ORDER - 1

(3) Nothing in this Order shall be construed to limit or preclude Respondents from using or sharing Petitioner's full name and identity, or information derived from his full name and identity, in the ordinary course of Respondents' lawful business and as allowed by the law.

Dated this 24th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 2